**VIRGINIA KIDDER v. ANDRUS H. KIDDER**

23 So. (2nd) 495                                    June Term, 1945
October 2, 1945                                    En Banc

*Nestor Morales,* for appellant.
*Frank O. Spain,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

It is so ordered.

TERRELL, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

CHAPMAN, C. J., and BROWN, J. dissent.